IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MCLEODUSA TELECOMMUNICATIONS SERVICES, INC., <br><br>       Plaintiff,<br><br>QWEST CORPORATION and QWEST COMMUNICATIONS CORPORATION,<br><br>       Defendants. | Misc. Action No. 1:08-mc-0011-EGS<br><br>Related to:<br>Civil Action No. 1:06-cv-00035-MWB<br>United States District Court<br>For the Northern District of Iowa<br>(Cedar Rapids Division) |

**QWEST CORPORATION AND QWEST COMMUNICATION CORPORATION'S**
**UNOPPOSED MOTION TO INTERVENE**

      Pursuant to Federal Rule of Civil Procedure 24, Qwest Corporation and Qwest Communications Corporation (jointly "Qwest") hereby move to intervene in the above-captioned miscellaneous action as of right or, in the alternative, permissively.  This action concerns a subpoena served on Qwest's services vendor, TEOCO Corporation ("TEOCO"), arising out of litigation between Qwest and the movant here, McLeodUSA Telecommunications Services, Inc. ("McLeod").  McLeod does not oppose this motion.

      Rule 24(a) permits Qwest to intervene as of right.  The *sole* subject of this miscellaneous action is "an interest relating to the property or transaction" belonging exclusively to Qwest.  McLeod's motion seeks testimony and documents from TEOCO that TEOCO and Qwest assert are subject to *Qwest's* attorney-client privilege, and also are work product of *Qwest's* counsel.  There is no other privilege at issue in McLeod's motion.  Furthermore, disposition of the action would as a practical matter "impair or impede" Qwest's ability to protect its interest.  If the Court grants McLeod's motion and forces TEOCO and its witnesses to

provide the information McLeod seeks, the information that Qwest deems privileged will become known by Qwest's adversary and there will be no way for Qwest to protect it. Furthermore, McLeod would obtain Qwest's counsel's strategies and mental thoughts and impressions of the lawsuit between Qwest and McLeod, which Qwest could not protect once McLeod learns the information. *See United States v. British Am. Tobacco Australia Servs., Ltd.*, 437 F.3d 1235, 1238 (D.C. Cir. 2006) (corporations may file timely motions to intervene to prevent disclosure of documents protected by its attorney-client privilege); *Novak v. Capital Mgmt. & Dev. Corp.*, 241 F.R.D. 389, 394 (D.D.C. 2007) ("It is certainly true that a party may challenge a [third-party] subpoena when enforcement of it may disclose information that that party can claim is privileged at common law or by statute or rule.").

While TEOCO is vigorously opposing McLeod's motion, McLeod may argue TEOCO does not have standing to raise Qwest's privilege as a grounds to oppose McLeod's motion. Qwest and TEOCO disagree with that argument, but the specter that McLeod might raise that argument provides a basis to conclude that TEOCO might not "adequately represent" Qwest's interest in defeating McLeod's motion. *See Alexander v. F.B.I.*, 186 F.R.D. 21, 30-31 (D.D.C. 1998) (as only holder of attorney-client privilege has interest in protecting that right, holder may intervene as of right to protect privilege.); *United States v. American Tel. & Tel. Co.*, 642 F.2d 1285, 1292 (D.C. Cir. 1980) (intervention by holder of attorney-client privilege permitted where the intervenor's interest in protecting its privilege "is similar but not identical to that of an existing party").

If the Court finds (as TEOCO and Qwest argue) that TEOCO does have standing to raise Qwest's privilege as a grounds to oppose McLeod's motion, Qwest alternatively requests leave of the Court for Qwest to intervene permissively pursuant to Rule 24(b). Qwest's

intervention will not unduly delay or prejudice adjudication of McLeod's motion to compel. Qwest is not filing any separate briefs or motions or making any other claims in this miscellaneous action.

For these reasons, Qwest respectfully requests that the Court grant this motion and allow Qwest to intervene in this miscellaneous action.

Pursuant to Local Rule 7.1, Qwest's counsel hereby represents that Qwest contacted McLeod's counsel and sought McLeod's position on this motion to intervene. Qwest's counsel represents to the Court that McLeod does not oppose this motion.


Dated:  January 18, 2008                                Respectfully submitted,


                                                /s/ Douglas P. Lobel
Douglas P. Lobel (Bar No. 395508)
David A. Vogel (Bar No. 441289
COOLEY GODWARD KRONISH LLP
One Freedom Square ♦ Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100
Email:  dlobel@cooley.com
        dvogel@cooley.com

*Attorneys for Defendants*
TEOCO Corporation, Qwest Corporation and
Qwest Communications Corporation

## CERTIFICATE OF SERVICE

I, Douglas P. Lobel, hereby certify that on the 18th day of January, 2008, QWEST CORPORATION AND QWEST COMMUNICATION CORPORATION'S UNOPPOSED MOTION TO INTERVENE was filed through the ECF system and will be sent electronically, via the ECF system, to the following registered participants, as also identified on the Notice of Electronic Filing (NEF). There are no non-registered participants in this case to my knowledge and belief.

Robin F. Cohn
Warren Anthony Fitch
Jason R. Scherr
BINGHAM MCCUTCHEN, LLP
2020 K Street, NW
Washington, DC 20006
robin.cohn@bingham.com
tony.fitch@bingham.com
jr.scherr@bingham.com

Jeana L. Goosmann
John C. Gray
HEIDMAN REDMOND FREDREGILL
PATTERSON PLAZA DYKSTRA & PRAHL
1128 Historic 4th Street
PO Box 3086
Sioux City, IA 51102
jeana.goosmann@heidmanlaw.com
john.gray@heidmanlaw.com

Jonathan S. Frankel
Richard M. Rindler
BINGHAM MCCUTCHEN LLP
3000 K Street NW
Suite 300
Washington, DC 2007-5116
jon.frankel@bingham.com
r.rindler@bingham.com

/s/ Douglas P. Lobel
Douglas P. Lobel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MCLEODUSA TELECOMMUNICATIONS SERVICES, INC.,** <br><br>   Plaintiff, <br><br> **QWEST CORPORATION and QWEST COMMUNICATIONS CORPORATION,** <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Misc. Action No. 1:08-mc-0011-EGS** <br><br> **Related to:** <br> Civil Action No. 1:06-cv-00035-MWB <br> United States District Court <br> For the Northern District of Iowa <br> (Cedar Rapids Division) |

**QWEST CORPORATION AND QWEST COMMUNICATION CORPORATION'S
RULE 24(c) PLEADING**

Pursuant to Federal Rule of Civil Procedure 24(c), Qwest Corporation and Qwest Communications Corporation (jointly "Qwest") state that Qwest seeks to intervene in this miscellaneous action concerning McLeod's motion to compel. Qwest joins TEOCO Corporation in opposing McLeod's motion.

Dated: January 18, 2008

Respectfully submitted,

/s/Douglas P. Lobel
Douglas P. Lobel (Bar No. 395508)
David A. Vogel (Bar No. 441289)
COOLEY GODWARD KRONISH LLP
One Freedom Square ♦ Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: dlobel@cooley.com
        dvogel@cooley.com
*Attorneys for Defendants*
TEOCO Corporation, Qwest Corporation and
Qwest Communications Corporation

350498 v1/RE

## CERTIFICATE OF SERVICE

I, Douglas P. Lobel, hereby certify that on the 18th day of January, 2008, QWEST CORPORATION AND QWEST COMMUNICATION CORPORATION'S RULE 24(c) PLEADING was filed through the ECF system and will be sent electronically, via the ECF system, to the following registered participants, as also identified on the Notice of Electronic Filing (NEF). There are no non-registered participants in this case to my knowledge and belief.

| | |
|---|---|
| Robin F. Cohn<br>Warren Anthony Fitch<br>Jason R. Scherr<br>BINGHAM MCCUTCHEN, LLP<br>2020 K Street, NW<br>Washington, DC 20006<br>robin.cohn@bingham.com<br>tony.fitch@bingham.com<br>jr.scherr@bingham.com | Jeana L. Goosmann<br>John C. Gray<br>HEIDMAN REDMOND FREDREGILL<br>PATTERSON PLAZA DYKSTRA & PRAHL<br>1128 Historic 4th Street<br>PO Box 3086<br>Sioux City, IA 51102<br>jeana.goosmann@heidmanlaw.com<br>john.gray@heidmanlaw.com |
| Jonathan S. Frankel<br>Richard M. Rindler<br>BINGHAM MCCUTCHEN LLP<br>3000 K Street NW<br>Suite 300<br>Washington, DC 2007-5116<br>jon.frankel@bingham.com<br>r.rindler@bingham.com | |

/s/ Douglas P. Lobel
Douglas P. Lobel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MCLEODUSA TELECOMMUNICATIONS SERVICES, INC., | ) )  )  Misc. Action No. 1:08-mc-0011-EGS ) |
| Plaintiff, | )  **Related to:** |
| | )  Civil Action No.  1:06-cv-00035-MWB |
| QWEST CORPORATION and | )  United States District Court |
| QWEST COMMUNICATIONS | )  For the Northern District of Iowa |
| CORPORATION, | )  (Cedar Rapids Division) |
| | ) |
| Defendants. | ) |
| | ) |

**PROPOSED ORDER**

The Court having considered Defendants Qwest Corporation and Qwest Communications Corporation's Unopposed Motion to Intervene (the "Motion"), any Pleading or Memorandum in support thereof or in Opposition thereto, any argument that has been heard thereon, and the entire record related thereto:

It is hereby ORDERED that the Motion be and hereby is GRANTED; and

It is hereby further ORDERED that Defendants' Memorandum Of Points And Authorities In Opposition To McLeod's Motion To Compel And To Enforce Subpoena be entered as filed.

It is so ORDERED.

_____
Hon. Emmet G. Sullivan
U.S. District Judge

Dated: _____, 2008

350960 v1/RE