THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MCLEODUSA TELECOMMUNICATIONS SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | Misc. Action No. 1:08-mc-00011-EGS |
| v. | ) ) | |
| | ) | **Related to:** |
| QWEST CORPORATION and | ) | **Civil Action No.: 06-CV-35** |
| QWEST COMMUNICATIONS | ) | **United States District Court** |
| CORPORATION, | ) | **For the Northern District of Iowa** |
| | ) | **(Cedar Rapids Division)** |
| Defendants. | ) | |
| _____ | ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS FOR QWEST COMMUNICATIONS CORPORATION AND QWEST CORPORATION**

The following certification is made pursuant to the requirements of LCvR 7.1 of the

Local Rules of the United Stated District Court for the District of Columbia.

I, the undersigned, counsel of record for Qwest Communications Corporation and Qwest

Corporation (jointly "Qwest"), certify that to the best of my knowledge and belief, the following

are parent companies, subsidiaries or affiliates of Qwest which have any outstanding securities in

the hands of the public.  Qwest Communications Corporation and Qwest Corporation are wholly-

owned subsidiaries, through intermediaries, of Qwest Communications International Inc., a

publicly traded company (NYSE ticker symbol: Q) in which Legg Mason, Inc./Legg Mason

Capital Management, Inc./Legg Mason Value Trust, Inc. own 10 percent or more of its stock.

Qwest Communications International, Inc. is the parent holding corporation that is traded, and its

major affiliates include, among others, the Defendants here, Qwest Corporation (a local phone

company in 14 Western states) and Qwest Communications Corporation (a long-distance

company) are held through an intermediate holding company Qwest Services Corporation.

350498 v1/RE

Dated:  January 18, 2008                    Respectfully submitted,


/s/ Douglas P. Lobel
Douglas P. Lobel (Bar No. 395508)
David A. Vogel (Bar No. 441289)
COOLEY GODWARD KRONISH LLP
One Freedom Square * Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone:  703.456.8000
Facsimile:  703.456.8100
Email: dlobel@cooley.com
Email: dvogel@cooley.com

*Attorneys for Defendants Qwest
Corporation and Qwest Communications
Corporation*

## CERTIFICATE OF SERVICE

I, Douglas P. Lobel, hereby certify that on the 18th day of January, 2008, DISCLOSURE

OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS FOR QWEST

COMMUNICATIONS CORPORATION AND QWEST CORPORATION was filed through the

ECF system and will be sent electronically, via the ECF system, to the following registered

participants, as also identified on the Notice of Electronic Filing (NEF).  There are no non-

registered participants in this case to my knowledge and belief.

Robin F. Cohn
Warren Anthony Fitch
Jason R. Scherr
BINGHAM MCCUTCHEN, LLP
2020 K Street, NW
Washington, DC 20006
robin.cohn@bingham.com
tony.fitch@bingham.com
jr.scherr@bingham.com

Jonathan S. Frankel
Richard M. Rindler
BINGHAM MCCUTCHEN LLP
3000 K Street NW
Suite 300
Washington, DC 2007-5116
jon.frankel@bingham.com
r.rindler@bingham.com

Jeana L. Goosmann
John C. Gray
HEIDMAN REDMOND FREDREGILL
PATTERSON PLAZA DYKSTRA & PRAHL
1128 Historic 4th Street
PO Box 3086
Sioux City, IA 51102
jeana.goosmann@heidmanlaw.com
john.gray@heidmanlaw.com

/s/ Douglas P. Lobel
Douglas P. Lobel