IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MCLEODUSA TELECOMMUNICATIONS SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QWEST CORPORATION and QWEST COMMUNICATIONS CORPORATION,<br><br>Defendants. | Misc. Action No. 1:08-mc-0011-EGS<br><br>**Related to:**<br>Civil Action No.  1:06-cv-00035-MWB<br>United States District Court<br>For the Northern District of Iowa<br>(Cedar Rapids Division) |

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for interested party TEOCO Corporation states that TEOCO Corporation has no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

Dated:  January 24, 2008          Respectfully submitted,

/s/Douglas P. Lobel
Douglas P. Lobel (Bar No. 395508)
David A. Vogel (Bar No. 441289)
COOLEY GODWARD KRONISH LLP
One Freedom Square ♦ Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Telephone:  (703) 456-8000
Facsimile:  (703) 456-8100
Email:  dlobel@cooley.com
             dvogel@cooley.com
*Attorneys for Interested Party*
TEOCO Corporation

351234 v1/RE