UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MCLEODUSA TELECOMMUNICATIONS SERVICES, INC.<br><br>      **Plaintiff,**<br><br>v.<br><br>QWEST CORPORATION AND QWEST COMMUNICATIONS CORP.<br><br>      **Defendants.** | **Misc. Action No. 1:08-mc-0011-EGS**<br><br>**Related to**<br>**Civil Action No.: 06-CV-35**<br>**United States District Court**<br>**For the Northern District of Iowa**<br>**(Cedar Rapids Division)** |

## NOTICE OF WITHDRAWAL

Plaintiff McLeodUSA Telecommunications Services ("McLeodUSA") hereby withdraws its motion to compel discovery from TEOCO.

Respectfully submitted,

    /s/
Warren Anthony Fitch (D.C. Bar No. 089920)
Jason R. Scherr (D.C. Bar No. 466645)
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, D.C. 20006
Tel.    202.373.6000
Fax    202.373.6001
tony.fitch@bingham.com
jr.scherr@bingham.com

ATTORNEYS FOR PLAINTIFF McLEODUSA
TELECOMMUNICATIONS SERVICES, INC.

Dated: February 5, 2008.

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record by ECF notification this 5th day of February, 2008, as follows:

>Douglas Paul Lobel
>COOLEY GODWARD KRONISH LLP
>Reston Town Center
>11951 Freedom Drive
>Reston, VA 20190-5656
>(703) 456-8000
>Fax: (703) 456-8100
>Email: dlobel@cooley.com
>
>Counsel for Respondent Qwest and
>Interested Party TEOCO

_____/s/_____

- 2 -

A/72366499.1